### No. 9.

BURTON *against* BOSTWICK AND FERRIS. *Franklin,* 1819.

ACTION of assumpsit for goods sold and delivered to A and B, as partners under the firm of A, non est as to A. B pleads *in bar* that the said A and B were not partners, that they were not doing business under the firm of A, nor was any credit given to A and B, at their request, but to said A *only,* at his request *only.* Plea held bad on demurrer.

THIS was an action of *indebitatus assumpsit.*

1st Count.   For goods sold and delivered.

2d Count.   Money paid.

3d Count.   Money had and received.

The defendants were charged as partners under the firm of Andrew Bostwick, and the writ returned *non est* as to Bostwick.

Plea of Ferris, *in bar.*   That the said Jonathan and Andrew were not joint partners in trade; that they were not doing or transacting any business in the name or firm of Andrew Bostwick, nor was any credit given to the said Jonathan and Andrew, or at their request, but to the said Andrew *only,* and at his request *only.*   Demurrer.

By the Court.   The plea is nothing more than a denial of the declaration; it traverses facts necessary to be proved by the plaintiff on the general issue, and the plea is tantamount to the general issue, and therefore, insufficient.